| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SHANSTROM, JACK D. | U.S. Courts U.S. District Court | 05-11-04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ___ Nomination, Date_____ <br> ___ Initial  XX Annual  ___ Final | 1/1/03 through 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 985 Billings, MT 59103-0985 | Reviewing Officer _____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

[ ] NONE (No reportable non-investment income.)

| | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1 Self | Public Employees Retirement Systems | $ 45,090.36 |
| 2 Self | Civil Service | $ 15,049.00 |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[ ] NONE (No reportable non-investment income.)

| 1 | | |
|---|---|---|
| 2 | | |

2004 MAY 19 P 12: 40 FINANCIAL DISCLOSURE OFFICE RECEIVED

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **SOURCE** | **DESCRIPTION** |
| [X] | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 5-11-04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Single dwelling, rental, Livingston, Park Co., MT, pur. Feb. 1972 | C | rent | K | S | (Assessed value of $24,800.00) | | | | |
| 2 Single dwelling, rental, Livingston, Park Co., MT, pur. July 1973 | C | rent | K | S | (Assessed value of $27,500.00) | | | | |
| 3 Single dwelling, rental, Livingston, Park Co., MT, pur. July 1973 | C | rent | K | S | (Assessed value of $24,000.00) | | | | |
| 4 Single dwelling, rental, Livingston, Park Co., MT, pur. 1979 | C | rent | K | S | (Assessed value of $34,700.00) | | | | |
| 5 Duplex, rental, Livingston, Park Co., MT, pur. 1975, | D | rent | K | S | (Assessed value of $32,198.00) | | | | |
| 6 Single dwelling, rental, Livingston, Park Co., MT, pur. 1977 | C | rent | K | S | (Assessed value of $19,600.00) | | | | |
| 7 Single dwelling, rental, Livingston, Park Co., MT, pur. 1979 ) | C | rent | K | S | (Assessed value of $25,600.00) | | | | |
| 8 Duplex, rental, Livingston, Park Co., MT, pur. 1979, | D | rent | K | S | (Assessed value of $34,325.00) | | | | |
| 9 ▓▓▓ Boeing Co., self | A | div | J | T | | | | | |
| 10 ▓▓▓ EFBC, self | A | div | J | T | | | | | |
| 11 ▓▓▓ 3Com Corp., self | A | div | J | T | | | | | |
| 12 ▓▓▓ Hewlett Packard, self | A | div | J | T | | | | | |
| 13 ▓▓▓ Computer Associates, self | A | div | J | T | | | | | |
| 14 ▓▓▓ Dell Computer, self | A | div | J | T | | | | | |
| 15 ▓▓▓ Cisco Systems, self | A | div | J | T | | | | | |
| 16 ▓▓▓ Microsoft, self | A | div | J | T | | | | | |
| 17 ▓▓▓ Southwest Airlines, self | A | div | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets.) | | | | | | | | | |
| 18. ▮▮▮▮ Target Corp., self | A | div | J | T | | | | | |
| 19. ▮▮▮▮ McDonalds. Corp., self | A | div | J | T | | | | | |
| 20. ▮▮▮▮ Intel Corp., self | A | div | | | sold 8/22/03 | | J | A | |
| 21. ▮▮▮▮ Apple Computer, self | A | div | J | T | | | | | |
| 22. ▮▮▮▮ Touch America, self | A | div | J | T | | | | | |
| IRA DA DAVIDSON, BILLINGS, MONTANA CONSISTING OF ITEMS 23-END, FOR BOTH SELF | | | | | | | | | |
| 23. ▮▮▮▮ Ambase Corp. self, IRA | A | div | J | T | | | | | |
| 24. ▮▮▮▮ Price-Costco, self, IRA | A | div | J | T | | | | | |
| 25. ▮▮▮▮ Siti-Sites, self, IRA | A | div | J | T | | | | | |
| 26. ▮▮▮▮ of AT&T Corp., self, IRA | A | div | J | T | | | | | |
| ▮▮▮▮ of AT&T Wireless, self, IRA | A | div | J | T | | | | | |
| ▮▮▮▮ Health & Retirement, self, IRA | A | div | J | T | | | | | |
| ▮▮▮▮ Hewlett-Packard, self, IRA | A | div | J | T | | | | | |
| ▮▮▮▮ Motorola, self, IRA | A | div | | | sold 10/6/03 | | J | B | |
| ▮▮▮▮ Wal-Mart. self, IRA | A | div | J | T | | | | | |
| 32. ▮▮▮▮ World-Com, self, IRA | A | div | J | T | | | | | |
| 33. ▮▮▮▮ Global Crossing, self, IRA | A | div | J | T | | | | | |
| 34. ▮▮▮▮ Cisco Systems, self, IRA | A | div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,000-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| 35. ▮▮▮ of Five Star Quality, self, IRA (spinoff) | A | div | J | T | | | | | |
| 36. ▮▮▮ Ambase Corp., ▮▮-IRA | A | div | J | T | | | | | |
| 37. ▮▮▮ Costco, IRA | A | div | J | T | | | | | |
| 38. ▮▮▮ Siti-Sites, IRA | A | div | J | T | | | | | |
| 39. ▮▮▮ Ford Motor, IRA | A | div | J | T | | | | | |
| 40. ▮▮▮ Health & Retirement, ▮▮ IRA | A | div | J | T | | | | | |
| 41. ▮▮▮ Motorola, ▮-IRA | A | div | J | T | | | | | |
| 42. ▮▮▮ Empire Fed. Bancorp., ▮▮ IRA | A | div | J | T | | | | | |
| 43. ▮▮▮ Touch America, ▮ IRA | A | div | J | T | | | | | |
| 44. ▮▮▮ Cisco Systems, ▮ IRA | A | div | J | T | | | | | |
| 45. ▮▮▮ GE, ▮▮ IRA | A | div | J | T | | | | | |
| 46. ▮▮▮ Hewlett-Packard, ▮ IRA | A | div | J | T | | | | | |
| 47. ▮▮▮ Five Star Quality, ▮ IRA (spinoff) | A | div | J | T | | | | | |
| 48. ▮▮▮ Visteon Corp, m IRA (spinoff) | A | div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHANSTROM, JACK D. | 5-11-04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____      Date ___5-11-04___

NOTE: A█████████████████████D WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT█████████████████████(5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544